UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Shylena Martin, as Personal Representative of the estate of Charles Martin,<br><br>      Plaintiff,<br> v.<br><br>South Carolina Department of Corrections (SCDC), Perry Correctional Institution (PCI), Jeffrey Motts, individually, Associate Warden Stephen Clayton, Lt. Tamara Conwell, Sergeant Gorman, Corporal Kitchens, Ms. Ogunsile, Ms. Greene, Officer Combs, Officer Boozer, Sergeant Charlie Postell, Major James Sewell, Warden Bazzle, Captain Wade, Officer Edwards, Chaplain Bill Bryant, and John Doe, representing other employees, officers, and agents of SCDC and PCI whose identities are not known but will become known during the course of discovery,<br><br>      Defendants. | C/A No. 6:07-cv-03422-GRA<br><br>ORDER<br>(Written Opinion) |

  This matter comes before the Court upon Defendants' Motions for Summary Judgment, filed November 2, 2009. Counsel for Plaintiff and Defendants presented oral arguments before this Court on December 21, 2009. After a thorough review of the parties' briefs and oral arguments, the Court finds an issue of material fact exists and therefore, summary judgment is inappropriate.

1

IT IS HEREBY ORDERED that Defendants' Motions for Summary Judgment is DENIED.

IT IS SO ORDERED.

G. Ross Anderson, Jr.
Senior United States District Judge

Anderson, South Carolina
December __21__, 2009